IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AISHAN BASHAR, ) | Case. No. 4:07CV3124 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's unopposed motion for an extension of time to file her brief. The court finds that the extension should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Extension of Time to File Brief (Filing No. 13) is granted;

2. The Plaintiff's brief shall be filed on or before Tuesday, September 18, 2007; and

3. The Commissioner's brief shall be filed on or before Thursday, October 18, 2007.

Dated this 7th day of September, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge