IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AISHAN BASHAR, | ) | CASE NO. 4:07CV3124 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Defendant's unopposed motion for an extension of time (Filing No. 16) to respond to the brief filed by Plaintiff Aishan Bashar is granted; and

2. The Defendant shall file his brief on or before Monday, November 19, 2007.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge